UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-00996-MSS-AAS

**THERESA CRISPINO,**

    Plaintiff,

v.

**SYNCHRONY FINANCIAL D/B/A**
**SYNCHRONY BANK AND**
**MONARCH RECOVERY**
**MANAGEMENT INC,**

    Defendant.
_____/

## **JOINT NOTICE OF MEDIATION**

Plaintiff Theresa Crispino and Defendant Monarch Recovery Management Inc advise this Court that the Parties have agreed upon the selection of Harold Oehler to mediate this matter, with mediation scheduled for October 12, 2023 at 10:00 AM via remote video conference (*e.g.*, Zoom).

DATED: July 26, 2023

Respectfully Submitted,

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Amy L. Drushal |
| **THOMAS PATTI, ESQ.** | **AMY L. DRUSHAL, ESQ.** |
| Florida Bar No. 118377 | Florida Bar No. 0546895 |
| E-mail:    tom@pzlg.legal | E-mail: adrushal@trenam.com |
| **VICTOR ZABALETA, ESQ.** | Trenam Law |
| Florida Bar No. 118517 | 101 E Kennedy Boulevard Suite 2700 |
| E-mail: victor@pzlg.legal | Tampa, Florida 33602 |
| PATTI ZABALETA LAW GROUP | Phone:    813-223-7474 |
| 110 SE 6th Street Suite 1732 | |
| Fort Lauderdale, Florida 33301 | *COUNSEL FOR DEFENDANT* |
| Phone:    561-542-8550 | |
| | |
| *COUNSEL FOR PLAINTIFF* | |